UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Schexsnayder,
 *Plaintiff*,
 v.

Bluewater Energy, Inc.,
 *Defendant*.

Docket No. 19-cv-1801 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by June 29, 2020.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

             IT IS SO ORDERED.

             /s/_____
             Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 27th day of May 2020.